# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 875 | **DATE** | 11/8/2004 |
| **CASE TITLE** | Laborers' Pension Fund, et al vs. Richardson & Sons Concrete, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. If defendants intend to challenge the amount of the award as requested, they are ordered to file a statement of objections and the grounds for challenge in this court's chambers on or before November 22, 2004, failing which this Court will enter an order approving and granting the amount requested.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | NOV 09 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 11/8/2004 | |
| | | 2004 NOV -8 PM 3:57 | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND, et al., )
)
        Plaintiffs, )
)
v. ) No. 04 C 875
)
RICHARDSON & SONS CONCRETE, INC., )
et al., )
)
        Defendants. )

## MEMORANDUM ORDER

Following the October 19, 2004 entry of judgment in favor of the plaintiff employee benefits funds ("Funds") against codefendants Richardson & Sons Concrete, Inc. and Michael George Richardson individually, Funds' counsel have filed a timely petition for attorneys' fees and expenses (such an award having been provided for in the judgment order). Funds seek $2,415 in attorneys' fees and $195 in taxable costs. If defendants intend to challenge the amount of the award as requested, they are ordered to file a statement of objections and the grounds for challenge in this Court's chambers on or before November 22, 2004 (with a copy to be sent contemporaneously to Funds' counsel), failing which this Court will enter an order approving and granting the amount requested.

DOCKETED
NOV - 9 2004

_____
Milton I. Shadur
Senior United States District Judge

Date: November 8, 2004